1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

**KIRK GORDON BISTO**,

11

Plaintiff,

12

v.

13

14

**FCA US LLC, a Delaware Limited**
**Liability Company; and DOES 1**
**through 10, Inclusive,**

15

16

17

Defendant.

18
19
20
21
22
23

Case No.: **2:17-CV-02267-MRW**

~~[PROPOSED]~~ **ORDER ON**
**STIPULATION REGARDING**
**PLAINTIFF'S ATTORNEY'S**
**FEES, COSTS AND EXPENSES**

Honorable Judge Michael R. Wilner

24

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25

    Plaintiff KIRK GORDON BISTO ("**Plaintiff**") and Defendant FCA US LLC

26

("**Defendant**"), by and through their respective counsel of record, have entered into a

27

stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs

28

and expenses.

-1-

1    **THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER**

2    **AS FOLLOWS:**

3       (1)   That Defendant shall pay the sum of $35,000.00 in attorney fees, costs

4             and expenses in a check made payable to the Knight Law Group and

5             Plaintiff hereby agrees to accept said payment in full satisfaction of all

6             claims for attorney's fees, costs and expenses in connection with this

7             action.

8       (2)   That Defendant shall pay the sum of $35,000.00 to Plaintiff within 60

9             days of October 31, 2022.

10

11   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13

14   Dated:    11/03/2022                        /S/ Michael R. Wilner

                                                 JUDGE OF THE UNITED STATES
15                                               DISTRICT COURT

16

17   Prepared by:
     **KNIGHT LAW GROUP, LLP**
18   Roger Kirnos (SBN 283163)
19   *rogerk@knightlaw.com*
     Daniel Kalinowski (SBN 305087)
20   *danielk@knightlaw.com*
21   10250 Constellation Blvd., Suite 2500
     Los Angeles, CA 90067
22   Telephone: (310) 552-2250
23   Fax: (310) 552-7973
     Attorneys for Plaintiff,
24   **KIRK GORDON BISTO**

25

26

27

28

[PROPOSED] ORDER ON STIPULATION